UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23510-CIV-GAYLES/WHITE

**CALFUS DRUMMOND**,

    Petitioner,
vs.

**ERIC HOLDER, et.al.**,

    Respondent.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on Magistrate Judge Patrick A. White's Report ("Report") [ECF No. 12]. On September 22, 2014, Petitioner, Calfus Drummond ("Drummond"), filed a *pro se* Petition ("Petition") [ECF No. 1] pursuant to 28 U.S.C. § 2241, challenging his continued detention pending removal after the entry of an administratively final order of removal. The Clerk referred the case to Judge White under Administrative Order 2003-19 for a report and recommendation on any dispositive matters. [ECF No. 3]. In the Report, Judge White recommends that the Court dismiss the Petition without prejudice as the Jamaican government is processing the necessary travel documents required to terminate Petitioner's detention. Petitioner has not timely objected to the Report. The Court has carefully reviewed the Report, the record, and applicable law.

When a petitioner properly objects to a magistrate judge's disposition of a matter, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). If no party timely objects, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted).

The Court has reviewed the Report, the record, and the applicable law and finds that no clear error appears on the face of the record.  In light of that review, the Court agrees with Judge White's analysis and recommendation that Petitioner's case be dismissed without prejudice.

For the reasons stated above, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 12]** is **AFFIRMED AND ADOPTED**, and the Petition **[ECF No. 1]** is **DISMISSED** without prejudice.  The Clerk is directed to mark this case **CLOSED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE